LOWRY, Respondent, v. BRYANT, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Jane Lowry against Martha Bryant. No opinion. Judgment and order unanimously affirmed, with costs.

LUMBARD, Appellant, v. GRANT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Joseph E. Lumbard against Louis J. Grant and another. E. L. Mooney, for appellant. D. Emery, for respondents. No opinion. Order (71 N. Y. Supp. 459) affirmed, with $10 costs and disbursements.

McCARTHY, Appellant, v. CITY OF TROY, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Margaret McCarthy against the city of Troy. No opinion. Judgment unanimously affirmed, with costs.

McCULLOUGH, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Matthew McCullough against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

McDERMOTT v. FURNACEVILLE IRON CO. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) Action by Ann McDermott, as administratrix, etc., against the Furnaceville Iron Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 70 N. Y. Supp. 1142.

MacEVITT, Respondent, v. Maass, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by John C. MacEvitt against G. Henry Maass. No opinion. Motion to dismiss appeal denied, with $10 costs.

McGUIRE, Respondent, v. COREY, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by James McGuire against William J. Corey, as president, etc. No opinion. Judgment and order affirmed, with costs.

McKEE LAND & IMPROVEMENT CO. OF ROCHESTER, N. Y., Appellant, v. WILLIAMS, City Treasurer, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 23, 1901.) Action by the McKee Land & Improvement Company of Rochester, N. Y., against Samuel B. Williams, treasurer of the city of Rochester. No opinion. Judgment (51 N. Y. Supp. 399) affirmed, with costs, upon opinion of DUNWELL, J., delivered at special term.

McMORRAN, Respondent, v. SCHENCK, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Fred McMorran against Amelia Schenck. No opinion. Judgment and order affirmed, with costs.

McPHAIL, Appellant, v. CURRAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by Leonard C. McPhail against John Curran. No opinion. Order affirmed, with $10 costs. and disbursements.

MAGIONCALDO, Appellant, v. MAGIONCALDO, Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Caterina Magioncaldo against Michele Magioncaldo. N. L. Keach, for appellant. J. Palmieri, for respondent. No opinion. Judgment affirmed, with costs.

MAHON, Appellant, v. MAHON, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by Rebecca L. F. Mahon against William A. Mahon. No opinion. Judgment affirmed by default, with costs.

MAND et al., Appellants, v. MOONEY, Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Louis Mand and another against Hester E. Mooney. T. A. McKensell, for appellants. No opinion. Order affirmed, without costs.

MAPES, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Gilbert E. Mapes against the Union Railway Company of New York City. No opinion. Judgment and order unanimously affirmed, with costs.

MARGOLIES, Respondent, v. ERNST, Appellant. (City Court of New York, General Term. April, 1901.) Action by Peric Margolies against Max Ernst. Appeal from a judgment entered on a verdict in favor of plaintiff. Horwitz & Samuels (S. Livingston Samuels, of counsel), for appellant. Moses Feltenstein, for respondent. No opinion. Judgment affirmed, with costs.

MASON et al. v. WEST et al. (Supreme Court, Appellate Division, Fourth Department. June 11, 1901.) Action by Charles H. Mason and another against Cornelia I. West and another. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

MAY, Respondent, v. McKINNON, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by G. Cutler May against John A. McKinnon. C. W. Zaring, for appellant. R. R. Billington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.